**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 11 |
| | ) | Case No.  07 B 19544 |
| **MOHAMED KASEER GHUMRA,** | ) | Honorable Susan Pierson Sonderby |
| | ) | Motion Date:  June 30, 2010 |
| **Debtor.** | ) | Motion Time:  10:30 a.m. |

NOTICE OF MOTION

TO:    See Attached Service List

   PLEASE TAKE NOTICE THAT on June 30, 2010, at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Susan Pierson Sonderby of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 642  at 219 S. Dearborn, Chicago, Illinois and present Debtor's MOTION FOR ENTRY OF FINAL DECREE ORDER. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

AFFIDAVIT OF SERVICE

   I, John M. Brom, an attorney, certify that the above captioned Notice of Motion was served upon the person to whom it is addressed by electronically filing it with the Court using the CM/ECF system, which sent notice to all parties of interest participating in the CM/ECF system on June 16, 2010.

              /s/*John M. Brom*              
                 John M. Brom

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000

## Service List

William T. Neary
UNITED STATES TRUSTEE'S OFFICE
227 West Monroe Street, Suite 3350
Chicago, Illinois 60606

Peter J. Schmidt
POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC
180 N. Stetson, Suite 2545
Chicago, IL 60601

David E. Cohen
55 W. Monroe Street
Suite 600
Chicago, IL 60603

Paul A. Lucey
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202

Jerome A. Shinkay
Keith E. Holden
NOWLAN & MOUAT LLP
P.O. Box 8100
Janesville, WI 53547

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 11 |
| | ) | Case No.  07 B 19544 |
| **MOHAMED KASEER GHUMRA,** | ) | Honorable Susan Pierson Sonderby |
| | ) | Motion Date:  June 30, 2010 |
| Debtor. | ) | Motion Time:  10:30 a.m. |

**MOTION FOR ENTRY OF
<u>FINAL DECREE ORDER</u>**

Debtor, MOHAMED KASEER GHUMRA ("Debtor"), by and through his attorneys, QUERREY & HARROW, LTD., moves this Court for entry of a final decree order and respectfully represents to the Court as follows:

1. On October 22, 2007, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On August 11, 2008, this Court entered an order approving Debtor's combined plan and disclosure statement. The Plan calls for a 25% distribution to creditors holding allowed general unsecured claims.

3. Debtor has made seven quarterly payments to unsecured creditors under the plan.

4. There are no further matters for this Court to administrate.

WHEREFORE, Debtor, MOHAMED KASEER GHUMRA, prays as follows:

A. That this Court enter a final decree order; and

B. For such other and further relief as this Court deems just and proper.

                                                   MOHAMED KASEER GHUMRA,

                                                   <u>/s/   *John M. Brom*                               </u>
                                                   John M. Brom, one of his attorneys

QUERREY & HARROW, LTD.
Attorney for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
(312) 540-7000