IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MOHAMED KASEER GHUMRA, | ) | |
| | ) | Case No. 07 B 19544 |
| Debtor. | ) | |
| | ) | Honorable Susan Pierson Sonderby |

**M&I BANK'S OBJECTIONS TO DEBTOR'S MOTION TO
MODIFY PLAN AND MOTION FOR ENTRY OF FINAL DECREE ORDER AND
REQUEST FOR DISCOVERY AND A BRIEFING SCHEDULE**

Creditor, M&I Marshall & Ilsley Bank ("M&I"), through its attorneys, objects to Debtor, Mohamed Kaseer Ghumra's ("Ghumra" or "Debtor"), Motion to Modify the Plan as It Relates to M&I Marshall & Ilsley Bank's Claim and Debtor's Motion for Entry of Final Decree Order, and respectfully requests this Court to allow Creditor to conduct discovery and enter a briefing schedule so M&I can thoroughly respond to the Motions. In support thereof, M&I states as follows:

1. On June 16, 2010, Debtor filed a Motion to Modify the Plan as It Relates to M&I Marshall & Ilsley Bank's Claim ("Motion to Modify") and a Motion for Entry of Final Decree Order with this Court.

2. The Motion to Modify is based on the January 30, 2009, sale of the gas station, which was collateral (the "Collateral") for a loan from M&I that Debtor personally guaranteed.

3. M&I disputes the proposed reduction of M&I's allowed claim as calculated by the Debtor

4. M&I acknowledges its obligation to file an amended claim in light of the sale of the Collateral and will endeavor to do so promptly.

5. As for the Motion for Entry of Final Decree Order, Debtor provides no basis as to why a final decree order should be entered at this time.

6. The Plan calls for payments to be made to the unsecured creditors over a seven and half year period. (Docket Entry 117.) Currently, the debtor is only in year two of the Plan.

7. M&I needs an opportunity to conduct discovery regarding the Debtor's current disposable income prior to any hearing on either Motion.

8. Given the foregoing, M&I requests the opportunity to conduct limited discovery and respond more fully to Debtor's Motions and requests an order proving it with 45 days to file a memorandum in opposition to the Motions.

WHEREFORE, creditor, M&I Marshall & Ilsley Bank objects to Debtor, Mohamed Kaseer Ghumra's, Motion to Modify the Plan as It Relates to M&I Marshall & Ilsley Bank's Claim and Debtor's Motion for Entry of Final Decree Order, and respectfully requests this Court to enter an order allowing M&I to conduct discovery and providing it 45 days to file a memorandum in opposition to the Motions.

Dated: June 24, 2010                                  M&I Marshal l& Ilsley Bank

                                                      By:  /s/ Christopher R. Parker
                                                           One of Its Attorneys

MICHAEL BEST & FRIEDRICH LLP
Paul A. Lucey (#90785536)
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin 53202-4108
Telephone: 414.271.6560
Facsimile: 414.277.0656

Christopher R. Parker (#6270398)
180 N. Stetson Ave., Suite 2000
Chicago, IL 60601
Telephone: 312.222.0800
Facsimile: 312.222.0818

# CERTICIFATE OF SERVICE AND SERVICE LIST
## MOHAMED KASEER GHUMRA
## 07 B 19544

    I hereby certify that on June 24, 2010, I electronically filed the M&I Bank's Objections to Debtor's Motion to Modify Plan and Motion for Entry of Final Decree Order and Request for Discovery and a Briefing Schedule, with the Clerk of the Court by using the CM/ECF system, which will send electronic notification of such filing to the following CM/ECF Participants:

William T. Neary
UNITED STATES TRUSTEE'S OFFICE
227 West Monroe Street
Suite 3350
Chicago, Illinois  60606

Jerome A. Shinkay
Keith E. Holden
NOWLAN & MOUAT LLP
P.OI. Bo 8100
Janesville,
Wisconsin  53547

John M. Brom
QUERREY & HARROW, LTD.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois  60604

David E. Cohen PC
55 West Monroe St., #600
Chicago, Illinois  60603-5091

Peter J. Schmidt
Polsinelli Shalton Flanigan Suelthaus PC
180 N. Stetson
Suite 2545
Chicago, Illinois  60601

                By:  ___/s/Christopher R. Parker___