## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| MOHAMED KASEER GHUMRA, | ) | Case No. 07 B 19544 |
| | ) | |
| Debtor. | ) | Honorable Susan Pierson Sonderby |
| | ) | |

### ORDER ENTERING FINAL DECREE AND CLOSING CASE

THIS CAUSE COMING ON TO BE HEARD on status of the above captioned matter, the Court being duly advised in the premises and it appearing to the Court that:

1. On October 22, 2007, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On August 11, 2008, this Court entered an order approving Debtor's combined plan and disclosure statement. The Plan calls for a 25% distribution to creditors holding allowed general unsecured claims.

3. Debtor has fully paid the unsecured creditors under the plan and is current on all payments to secured creditors and the trustee.

4. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:

A. That pursuant to Local Rule 3022-1 cause exists for entering a final decree closing this case; and,

B. The bankruptcy case of MOHAMED KASEER GHUMRA, Case No. 07 B 19544, shall be closed as provided for in Bankruptcy Rule 3022, effective as of January 31, 2010.

Dated: FEB 0 1 2011

Enter: _____
Bankruptcy Judge

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7000