B18RI (Form 18RI) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 07–19544**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mohamed Kaseer Ghumra
64 Watergate Drive
South Barrington, IL 60010

Social Security / Individual Taxpayer ID No.:
xxx–xx–4413

Employer Tax ID / Other nos.:

## DISCHARGE OF INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: February 1, 2011

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18RI (12/09)*

**EXPLANATION OF BANKRUPTCY DISCHARGE
OF AN INDIVIDUAL IN A CHAPTER 11 CASE**

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged and Debts that are Not Discharged**

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are <u>not</u> discharged are:

   a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

   b. Debts that are domestic support obligations;

   c. Debts for most student loans;

   d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

   e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

   f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

   g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

   h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez              Page 1 of 1           Date Rcvd: Feb 01, 2011
Case: 07-19544                Form ID: b18ri             Total Noticed: 18

The following entities were noticed by first class mail on Feb 03, 2011.
db           +Mohamed Kaseer Ghumra,    64 Watergate Drive,    South Barrington, IL 60010-9562
aty          +John M Brom,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
               Chicago, IL 60604-2686
11694951     +Ahmad Azmi,    6649 Majestic Way,    Carpentersville, IL 60110-3438
14031156     +Brown Bark III LP,    4100 Greenbriar Suite 120,    Stafford Texas 77477-3968
11694952     +Bruce R. Briney,    Nowlan & Mouat LLP,    100 S. Main Street -- PO Box 8100,
               Janesville, WI 53547-8100
11721101    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court:  FIFTH THIRD MORTGAGE COMPANY,    5050 KINGSLEY DR 1MOC20,
               CINCINNATI, OH 45263)
11694953     +Fifth Third Bank,    PO Box 740134,    Cincinnati, OH 45274-0134
11694954      Jerome A Shinkay,    Keith E Holden,    Nowlan & Mouat LLP,    P O Box 8100,
               Janesville WI 53547-8100
11694955     +Keith E. Holden,    2727 West Deer Path Trail,    Janesville, WI 53545-8975
11694956     +LaSalle Bank N.A.,    240 N. Randall Road,    Lake In The Hills, IL 60156-5943
11694958     +M&I Marshall & Isley Bank,    c/o Paul A Lucey Esq,    Michael Best & Friedrich LLP,
               100 E Wisconsin Ave #3300,    Milwaukee WI 53202-4108
11694959     +Naveed Ahmed,    30 Cutters Run Drive,    South Barrington, IL 60010-6167
11854547     +TCF National Bank,    800 Burr Ridge Pkwy,    Burr Ridge, IL 60527-6486
11694960     +TCF National Bank,    Peter J Schmidt-Polsinelli Shalton,    Flanigan Suelthaus PC,
               180 N Stetson Ave Ste 4525,    Chicago IL 60601-6733
11694957    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Lexus Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
11742453    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit Corp,    5005 North River Blvd NE,
               Cedar Rapids, IA  52411-6634)
11694961     +U.S. Oil Co., Inc.,    c/o David E Cohen PC,    55 West Monroe St Suite 600,
               Chicago IL 60603-5091

The following entities were noticed by electronic transmission on Feb 02, 2011.
11785858      E-mail/PDF: rmscedi@recoverycorp.com Feb 02 2011 02:00:35
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11694950      Afsha Ghumra
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2011**            **Signature:** *Joseph Speetjens*